**No. 47083.**—Protests 66160–K, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. At the trial counsel agreed that certain merchandise described on the invoices as mouth organs is not chiefly used for the amusement of children but is in fact musical instruments. In accordance therewith the claim at 40 percent under paragraph 1541 (a) was sustained as to certain of these mouth organs.

**No. 47084.**—Protest 52799–K of Geo. Borgfeldt Corp. (San Francisco).

Opinion by OLIVER, P. J. Certain of the plain woven cotton cloth table covers and napkins in question were held dutiable at 30 percent under paragraph 911 (b) in view of T. D. 50277, and in accordance with stipulation of counsel.

**No. 47085.**—Protests 67235–K, etc., of Thorens, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47086.**—Protests 820095–G, etc., of Otto Baer et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47087.**—Protests 49977–K, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 15, 1942

**No. 47088.**—Protests 9470–K, etc., of James McCutcheon & Co. (New York).

Opinion by TILSON, J. This decision is in correction of a decision rendered April 8, 1942 (Abstract 47048). From the record certain woven silk mufflers similar to those involved in Abstract 44055 were held dutiable as hemmed or hemstitched at 60 percent under paragraph 1209 and certain other woven silk mufflers which were found to be hemmed or hemstitched, valued at more than $5 per dozen, block-printed by hand, were held dutiable at 35 percent under paragraph 1209 by virtue of T. D. 49753. To this extent the protests were sustained.